```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2023
```

October 18, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   <u>United States v. Malik McCollum</u>
         23 Cr. 323 (AT)

Dear Judge Torres:

    I write to respectfully request a 60-day adjournment of the sentencing proceeding in the above-captioned case, which is currently scheduled for October 31, 2023, at 10:00 a.m. The Government does not object to this application.

    Relevant to sentencing, I have retained a forensic psychologist to evaluate Malik McCollum and prepare a mitigation report for the Court's consideration. The psychologist has already evaluated Mr. McCollum, but is continuing to gather information from Mr. McCollum's family and from preexisting records in preparing a final mitigation report. Accordingly, additional time is necessary to allow the psychologist to finish writing the report, to allow me to review the report with Mr. McCollum, and to allow me to incorporate the report into my sentencing submission on Mr. McCollum's behalf.

    I thank the Court for its consideration of this application.

                                                          Respectfully Submitted,

                                                          Andrew John Dalack, Esq.
                                                          Kristoff Williams, Esq.
                                                          Assistant Federal Defenders

**GRANTED.** The sentencing for Defendant McCollum is ADJOURNED to **January 3, 2023** at **3:00 p.m.** Defendant's submissions are due by **December 17, 2023.** The Government's submissions are due by **December 24, 2023.**

SO ORDERED.

Dated: October 19, 2023
       New York, New York
                                                       ANALISA TORRES
                                                    United States District Judge