# Federal Defenders
## OF NEW YORK, INC.

52 Du[...]

David E. Patton
Executive Director
and Attorney-in-Chief

Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2023

December 18, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    **United States v. Malik McCollum**
            **23 Cr. 323 (AT)**

Dear Judge Torres:

    I write to respectfully request a 60-day adjournment of the sentencing proceeding in the above-captioned case, which is currently scheduled for January 3, 2024, at 3:00p.m. The Government does not object to this application.

    Relevant to sentencing, the forensic psychologist I retained to evaluate Malik McCollum has collected all of the information he requires, but is still preparing his report. Accordingly, additional time is necessary to allow the psychologist to finish writing the report, to allow me to review the report with Mr. McCollum, and to allow me to incorporate the report into my sentencing submission on Mr. McCollum's behalf.

    I thank the Court for its consideration of this application.

GRANTED.  The sentencing scheduled for January 3, 2024, is ADJOURNED to **March 5, 2024**, at **3:00 p.m.**

SO ORDERED.

Dated: December 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge