UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALIK MCCOLLUM,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2024
```

21 Cr. 733 (AT)
23 Cr. 323 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled for May 7, 2024, is ADJOURNED to **May 21, 2024**, at **11:00 a.m.** The proceeding will occur in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: May 2, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge